IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00535-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TROY JOHN GARCIA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Supervised Release Violation is set for Thursday, January 27, 2011, at 9:00 a.m. in courtroom A-1002.

    Dated: October 29, 2010