UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00535-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TROY JOHN GARCIA,

    Defendant.

---

**ORDER MODIFYING CONDITIONS OF BOND**

---

    By agreement of the parties and good cause appearing,

    IT IS HEREBY ORDERED THAT:

    The conditions of release described in Documents 22, Defendant's Appearance Bond, and 23, Order Setting Conditions of Release, filed November 1, 2010, in the above case, are modified to remove the requirement that the defendant "maintain a residence at a halfway house or community corrections center." (Doc. 23, page 2, condition (8)(m).)

    All other conditions set forth in Documents 22 and 23 remain in effect.

    Dated:  January 28, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge