IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00535-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TROY JOHN GARCIA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Supervised Release Violation Hearing set for September 19, 2011 is **VACATED.**  The hearing is **RESET** for **Monday, August 29, 2011 at 2:30 PM.**

    Dated:  June 15, 2011