# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

TROY JOHN GARCIA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release)**

Case Number: 09-cr-00535-WYD-01

USM Number: 94202-180

Warren R. Williamson, AFPD
(Defendant's Attorney)

**THE DEFENDANT:** Admitted guilt to violations 1 through 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 06/12/12 |
| 2 | Possession and Use of a Controlled Substance | 03/30/12 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 10, 2013
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Senior U.S. District Judge
Name & Title of Judge

January 22, 2013
Date

DEFENDANT:  TROY JOHN GARCIA
CASE NUMBER: 09-cr-00535-WYD-01                                       Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Submit Written Reports | 06/2012 |
| 4 | Failure to Participate in Drug and Alcohol Testing as Directed by the Probation Officer | 07/11/12 |
| 5 | Failure to Participate in Drug and Alcohol Treatment as Directed by the Probation Officer | 06/18/12 |

DEFENDANT:  TROY JOHN GARCIA
CASE NUMBER: 09-cr-00535-WYD-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

 The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months.

 The Court recommends that the Bureau of Prisons credit the defendant for ninety-four (94) days time spent in custody.

 The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

 Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal